IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **BILLINGNETWORK PATENT, INC.,** | **Case No.: 8:15-cv-2585-T-36AEP** |
| **Plaintiff,** | **JURY TRIAL DEMANDED** |
| v. | |
| **ASP.MD, INC.,** | |
| **Defendant.** | |

# CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1. the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of the party's stock, and all other identifiable legal entities related to *any* party in the case:

Billingnetwork Patent, Inc. and Niro, Haller & Niro

2. the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Does not apply.

3. the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in the bankruptcy cases:

Does not apply.

4. the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Does not apply.

- 2 -

      I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

DATED: November 17, 2015

                Respectfully submitted,

                */s/*Timothy J. Haller
                Timothy J. Haller - **Trial Counsel**
                Florida Bar ID Number: 0018595
                NIRO, HALLER & NIRO
                181 West Madison Street, Suite 4600
                Chicago, IL 60602
                Phone: (312) 236-0733
                Fax: (312) 236-3137
                haller@nshn.com

                ***Attorneys for Plaintiff, Billingnetwork Patent, Inc.***

- 3 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 17, 2015 the foregoing:

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification

of such filing to the following counsel of record.


*Attorneys for Defendant*
*ASP.MD, INC.*




                                       */s/*Timothy J. Haller
                                       *Attorneys for Plaintiff, Billingnetwork Patent, Inc.*