IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BILLINGNETWORK PATENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASP.MD, INC., <br><br> Defendant. | Case No.: 8:15-cv-2585-T-36AEP <br><br> JURY TRIAL DEMANDED |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__    IS           related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below.

The following cases, now closed, involved U.S. Patent 6,374,229, which are also asserted in the above-captioned case are attached hereto.

The following cases, now pending, involve U.S. Patent 6,374,229 which is also asserted in the above-captioned case are attached hereto.

_____    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

- 2 -

Dated: November 17, 2015

        Respectfully submitted,

        */s/Timothy J. Haller*
        Timothy J. Haller - **Trial Counsel**
        Florida Bar ID Number: 0018595
        NIRO, HALLER & NIRO
        181 West Madison Street, Suite 4600
        Chicago, IL 60602
        Phone: (312) 236-0733
        Fax: (312) 236-3137
        haller@nshn.com

        ***Attorneys for Plaintiff,***
        ***Billingnetwork Patent, Inc.***

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 17, 2015 the foregoing **PLAINTIFF'S NOTICE OF PENDANCY** was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

*Attorneys for Defendant*
*ASP.MD, INC.*

/s/Timothy J. Haller
***Attorneys for Plaintiff, Billingnetwork Patent, Inc.***

Billingnetwork Patent, Inc. Notice Of Pendency Of Other Actions

| Name | Case Number | Court | Claim | Filed | Closed |
|---|---|---|---|---|---|
| Billingnetwork.com v. Professional Consulting Services, Inc. | 8:2003-cv-00417 | MD FL | Patent Infringement | 03/06/2003 | 04/24/2003 |
| Billingnetwork.com v. Advanced Healthcare Billing, Inc. | 8:2003-cv-00927 | MD FL | Patent Infringement | 05/14/2003 | 09/10/2003 |
| Infosys, Inc v. Billingnetwork.com, Inc. | 1:2003-cv-03947 | ND IL | Patent Infringement | 06/10/2003 | 08/26/2003 |
| Billingnetwork.com, Inc. v. Prodata Systems, Inc. | 8:2003-cv-02152 | MD FL | Patent Infringement | 10/16/2003 | 03/23/2004 |
| Billingnetwork.com, Inc. v. Accadia Billing Consultants, Inc. | 8:2003-cv-02152 | MD FL | Patent Infringement | 10/16/2003 | 03/23/2004 |
| Billingnetwork.com, Inc. v. Healthcentrics, Inc. | 8:2003-cv-02151 | MD FL | Patent Infringement | 10/16/2003 | 07/08/2004 |
| Billingnetwork.com, Inc. v. Island Automated Medical Services, Inc. | 8:2003-cv-02150 | MD FL | Patent Infringement | 10/16/2003 | 10/07/2004 |
| Billingnetwork.com v. Visionary Medical Systems, Inc. | 8:2004-cv-01516 | MD FL | Patent Infringement | 06/28/2004 | 10/06/2004 |
| Billingnetwork.com, Inc. v. Mars Medical Systems, Inc. | 8:2004-cv-01514 | MD FL | Patent Infringement | 06/28/2004 | 10/26/2004 |
| Billingnetwork.com, Inc. v. MDAnywhere Technologies, Inc. | 8:2004-cv-01517 | MD FL | Patent Infringement | 06/29/2004 | 10/21/2004 |
| Billingnetwork.com, Inc. v. Sunrise Services, L.L.C. | 8:2004-cv-02749 | MD FL | Patent Infringement | 12/22/2004 | 03/23/2006 |
| Billingnetwork.com, Inc. v. NDC Health Corporation | 8:2004-cv-02749 | MD FL | Patent Infringement | 12/22/2004 | 03/23/2006 |
| Billingnetwork Patent, Inc. v. Cerner Physician Practice, Inc. | 8:2004-cv-01515 | MD FL | Patent Infringement | 06/28/2004 | 04/24/2007 |
| Billingnetwork Patent, Inc. v. Vitalworks, Inc. | 8:2004-cv-01515 | MD FL | Patent Infringement | 06/28/2004 | 04/24/2007 |
| Billingnetwork Patent, Inc. v. Athenahealth, Inc. | 8:2005-cv-00205 | MD FL | Patent Infringement | 02/02/2005 | 11/20/2008 |
| Per-Se Technologies, Inc. v. Billingnetwork, Inc. | 1:2006-cv-00666 | ND GA | Patent Infringement | 03/22/2006 | 10/16/2007 |
| NDCHealth Corporation v. Billingnetwork, Inc. | 1:2006-cv-00666 | ND GA | Patent Infringement | 03/22/2006 | 10/16/2007 |

Billingnetwork Patent, Inc. Notice Of Pendency Of Other Actions

| Name | Case Number | Court | Claim | Filed | Closed |
|---|---|---|---|---|---|
| Misys Healthcare Systems v. Billingnetwork, Inc. and Billingnetwork Patent, Inc. | 5:2007-cv-00080 | ED NC | Patent Infringement | 02/23/2007 | 02/01/2008 |
| Payerpath, Inc. v. Billingnetwork, Inc. and Billingnetwork Patent, Inc. | 5:2007-cv-00080 | ED NC | Patent Infringement | 02/23/2007 | 02/01/2008 |
| Billingnetwork Patent, Inc. v. AdvancedMD Software, Inc. | 2:2007-cv-01626 | WD PA | Patent Infringement | 11/29/2007 | 01/04/2008 |
| Billingnetwork Patent, Inc. v. CureMD.com, Inc. | 8:2007-cv-02280 | MD FL | Patent Infringement | 12/17/2007 | 09/29/2008 |
| Billingnetwork Patent, Inc. v. American Medical Systems of Ohio | 8:2007-cv-02297 | MD FL | Patent Infringement | 12/18/2007 | 04/28/2008 |
| Billingnetwork Patent, Inc. v. BRB Software Systems, Inc. | 8:2007-cv-02297 | MD FL | Patent Infringement | 12/18/2007 | 04/28/2008 |
| Billingnetwork Patent, Inc. v. AMS Billing | 8:2007-cv-02297 | MD FL | Patent Infringement | 12/18/2007 | 04/28/2008 |
| Billingnetwork Patent, Inc. v. American Medical Systems of Maine | 8:2007-cv-02297 | MD FL | Patent Infringement | 12/18/2007 | 04/28/2008 |
| Billingnetwork Patent, Inc. v. Medi-Syn, Inc. | 8:2007-cv-02298 | MD FL | Patent Infringement | 12/18/2007 | 05/08/2008 |
| Billingnetwork Patent, Inc. v. Medical Intuition Technologies, LLC | 8:2008-cv-00139 | MD FL | Patent Infringement | 01/18/2008 | 05/08/2008 |
| Billingnetwork Patent, Inc. v. Payerpath, Inc. | 8:2008-cv-00261 | MD FL | Patent Infringement | 02/07/2008 | 12/02/2008 |
| Billingnetwork Patent, Inc. v. Sudaco, Inc. | 8:2008-cv-00261 | MD FL | Patent Infringement | 02/07/2008 | 12/02/2008 |
| Billingnetwork Patent, Inc. v. Misys Healthcare Systems, LLC | 8:2008-cv-00261 | MD FL | Patent Infringement | 02/07/2008 | 12/02/2008 |
| Billingnetwork Patent, Inc. v. Isalus, LLC | 8:2008-cv-00655 | MD FL | Patent Infringement | 04/07/2008 | 09/15/2008 |
| Billingnetwork Patent, Inc. v. Nextgen Healthcare Information Systems, Inc. | 8:2008-cv-00655 | MD FL | Patent Infringement | 04/07/2008 | 09/15/2008 |
| Billingnetwork Patent, Inc. v. Ecognize LLC | 1:2009-cv-04690 | ND IL | Patent Infringement | 08/03/2009 | 11/14/2013 |
| Billingnetwork Patent, Inc. v. Waiting Room Solutions LLC | 1:2009-cv-04690 | ND IL | Patent Infringement | 08/03/2009 | 11/14/2013 |
| Billingnetwork Patent, Inc. v. Emdeon Business Services, LLC | 1:2009-cv-04690 | ND IL | Patent Infringement | 08/03/2009 | 11/14/2013 |
| Capario Inc. v. Billingnetwork Patent Inc. | 8:2009-cv-01017 | CD CA | Patent Infringement | 09/03/2009 | 03/17/2010 |

Billingnetwork Patent, Inc. Notice Of Pendency Of Other Actions

| Name | Case Number | Court | Claim | Filed | Closed |
|---|---|---|---|---|---|
| Billingnetwork Patent, Inc. v. Medical Practice Software, Inc. | 1:2009-cv-08002 | ND IL | Patent Infringement | 12/28/2009 | 04/27/2010 |
| Billingnetwork Patent, Inc. v. Avisena, Inc. | 1:2009-cv-08002 | ND IL | Patent Infringement | 12/28/2009 | 04/27/2010 |
| Billingnetwork Patent, Inc. v. WEBEdoctor | 1:2009-cv-08002 | ND IL | Patent Infringement | 12/28/2009 | 04/27/2010 |
| Billingnetwork Patent, Inc. v. Medical Management Resources Inc. | 1:2009-cv-08002 | ND IL | Patent Infringement | 12/28/2009 | 04/27/2010 |
| Billingnetwork Patent, Inc. v. VIPA Health Solutions LLC | 1:2009-cv-08002 | ND IL | Patent Infringement | 12/28/2009 | 04/27/2010 |
| Billingnetwork Patent, Inc. v. Avisena, Inc. | 1:2010-cv-21742 | SD FL | Patent Infringement | 05/28/2010 | 05/28/2010 |
| Billingnetwork Patent, Inc. v. Avisena, Inc. | 1:2010-cv-21743 | SD FL | Patent Infringement | 05/28/2010 | 07/30/2010 |
| Billingnetwork Patent, Inc. v. WEBeDoctor | 1:2010-cv-04407 | ND IL | Patent Infringement | 07/15/2010 | 12/16/2010 |
| Brightree, LLC v. Billingnetwork Patent, Inc. | 1:2010-cv-02759 | ND GA | Patent Infringement | 09/01/2010 | 03/29/2011 |
| Billingnetwork Patent Inc v. Doc-tor.com LLC | 2:2011-cv-06486 | NJ | Patent Infringement | 11/04/2011 | 09/07/2012 |
| Billingnetwork Patent, Inc. v. eClinicalWorks | 1:2011-cv-07850 | ND IL | Patent Infringement | 11/04/2011 | 09/11/2012 |
| Billingnetwork Patent, Inc. v. Ingenix, Inc. | 1:2009-cv-04690 | ND IL | Patent Infringement | 08/03/2009 | 11/14/2013 |
| Billingnetwork Patent, Inc. v. Electronic Network Systems, Inc. | 1:2009-cv-04690 | ND IL | Patent Infringement | 08/03/2009 | 11/14/2013 |
| Billingnetwork Patent, Inc. v. American Business Systems LLC | 1:2009-cv-04690 | ND IL | Patent Infringement | 08/03/2009 | 11/14/2013 |
| Billingnetwork Patent, Inc. v. Health Highway, Inc. | 1:2009-cv-04690 | ND IL | Patent Infringement | 08/03/2009 | 11/14/2013 |
| BillingNetwork Patent, Inc. v. Planet DDS, Inc. | 1:2013-cv-08178 | ND IL | Patent Infringement | 11/14/2013 | 12/20/2013 |
| BillingNetwork Patent, Inc. v. HealthFusion Inc. | 1:2013-cv-08170 | ND IL | Patent Infringement | 11/14/2013 | 02/14/2014 |
| BillingNetwork Patent, Inc. v. Themis Solutions Inc. | 1:2013-cv-08173 | ND IL | Patent Infringement | 11/14/2013 | 02/18/2014 |
| BillingNetwork Patent, Inc. v. Azalea Health Innovations, Inc. | 1:2014-cv-01333 | ND IL | Patent Infringement | 02/24/2014 | 06/24/2014 |
| Billingnetwork Patent, Inc. v. LogicBit Software LLC | 1:2014-cv-01334 | ND IL | Patent Infringement | 02/24/2014 | 09/03/2014 |

Billingnetwork Patent, Inc. Notice Of Pendency Of Other Actions

| Name | Case Number | Court | Claim | Filed | Closed |
|---|---|---|---|---|---|
| BillingNetwork Patent, Inc. v. Appfolio, Inc. | 1:2014-cv-01426 | ND IL | Patent Infringement | 02/27/2014 | 05/13/2014 |
| BillingNetwork Patent, Inc. v. MyCase, Inc. | 1:2014-cv-01426 | ND IL | Patent Infringement | 02/27/2014 | 05/13/2014 |
| BillingNetwork Patent, Inc. v. Therabill LLC | 1:2014-cv-05423 | ND IL | Patent Infringement | 07/16/2014 | 10/09/2014 |
| BillingNetwork Patent, Inc. v. VETport LLC | 1:2014-cv-05828 | ND IL | Patent Infringement | 07/30/2014 | 08/29/2014 |
| BillingNetwork Patent, Inc. v. Curve Dental Ltd. | 1:2014-cv-06510 | ND IL | Patent Infringement | 08/22/2014 | 12/01/2014 |
| BillingNetwork Patent, Inc. v. PracticeSuite, Inc. | 1:2014-cv-07854 | ND IL | Patent Infringement | 10/08/2014 | 03/03/2015 |
| BillingNetwork Patent, Inc. v. Serg Solutions LLC | 1:2014-cv-09956 | ND IL | Patent Infringement | 12/12/2014 | 02/25/2015 |
| BillingNetwork Patent, Inc. v. Vetter Software, Inc. | 1:2014-cv-09964 | ND IL | Patent Infringement | 12/12/2014 | 01/21/2015 |
| Billingnetwork Patent, Inc. v. Therasoft Online, Inc. | 8:2015-cv-00333 | MD FL | Patent Infringement | 02/17/2015 | **PENDING** |
| Billingnetwork Patent, Inc. v. HealthStream, Inc., et al. | 8:2015-cv-01175 | MD FL | Patent Infringement | 05/15/2015 | 07/27/15 |
| Billingnetwork Patent, Inc. v. Numa | 8:15-cv-02153 | MD FL | Patent Infringement | 09/16/15 | 09/30/15 |
| Billingnetwork Patent, Inc. v. 2ndSite, Inc. d/b/a Freshbooks | 8:15-cv-02240 | MD FL | Patent Infringement | 9/25/15 | **PENDING** |
| Billingnetwork Patent, Inc. v. Intermedix Corporation | 8:15-cv-02509 | MD FL | Patent Infringement | 10/23/15 | **PENDING** |