**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| **BILLINGNETWORK PATENT, INC.,** | Case No.: 8:15-cv-02585-CEH-AEP |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| ASP.MD, INC., | |
| Defendant. | |

**NOTICE OF CHANGE OF ADDRESS AND AFFILIATION**

PLEASE TAKE NOTICE of the new address and affiliation of Timothy J. Haller, as counsel for Plaintiff, Billingnetwork Patent, Inc.:

Timothy J. Haller
HALLER LAW PLLC
15036 Pratolino Way
Naples, FL 34110
Phone: (239) 593-6931
haller@haller-iplaw.com

Dated: February 11, 2016

Respectfully submitted,

*/s/Timothy J. Haller*
Timothy J. Haller – **Trial Counsel**
Florida Bar ID Number: 0018595
HALLER LAW
15036 Pratolino Way
Naples, FL 34110
Phone: (239) 593-6931
haller@haller-iplaw.com

*Attorneys for Plaintiff, Billingnetwork Patent, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 11, 2016 the foregoing:

**NOTICE OF CHANGE OF ADDRESS AND AFFILIATION**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

*Attorneys for Defendant*
*ASP.MD, Inc.*

/s/Timothy J. Haller
*Attorneys for Plaintiff, Billingnetwork Patent, Inc.*