IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BILLINGNETWORK PATENT, INC., | Case No.: 8:15-cv-02585-CEH-AEP |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| ASP.MD, INC., | |
| Defendant. | |

## AFFIDAVIT OF LOST SUMMONS

I, Timothy J. Haller, declare as follows:

1. I am an attorney with the law firm of Haller Law PLLC in Naples, Florida and represent the Plaintiff, Billingnetwork Patent, Inc., in the instant action. I have personal knowledge of the facts contained in this Affidavit.

2. I am a member of this Court's bar.

3. On November 3, 2015, Plaintiff filed a Complaint for Patent Infringement and Demand for Jury Trial Injunctive Relief Sought against the Defendant, ASP.MD, Inc., a Massachusetts corporation.

4. On November 3, 2015, this Court issued a Summons in a Civil Action to be served upon Defendant along with the appropriate pleadings according to the method for service.

5. On November 4, 2015, Plaintiff's counsel sent to the Defendant's registered agent, Christopher Kreis, via Federal Express: (1) the Complaint, (2) a Notice of a Lawsuit and Request to Waive Service of a Summons, (3) two copies of the Waiver of the Service of Summons, and (4) a pre-addressed, pre-paid Federal Express envelope for the Defendant to use in returning an executed waiver.

6. Since December 2, 2015, Plaintiff's counsel has had numerous email correspondences and phone calls with the Defendant. Plaintiff has requested that Defendant return an executed Waiver of the Service of Summons several times, which Defendant has not done.

7. Plaintiff's counsel requests this Court issue an Alias Summons in a Civil Action for the Defendant in order to effectuate service. A copy of the Alias Summons in a Civil Action is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 23, 2016                    Respectfully submitted,

*/s/ Timothy J. Haller*
Timothy J. Haller - **Trial Counsel**
Florida Bar ID Number: 0018595
HALLER LAW PLLC
15036 Pratolino Way
Naples, FL 34110
(239) 593-6931
haller@haller-iplaw.com

***Attorney for Plaintiff,***
***Billingnetwork Patent, Inc.***

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| BILLINGNETWORK PATENT, INC., <br><br> *Plaintiff(s)* <br> v. <br> ASP.MD, INC. <br><br> *Defendant(s)* | Civil Action No. 8:15-cv-02585-CEH-AEP |

### ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ASP.MD, INC.
c/o Christopher Kreis, Registered Agent
38 8th Street, Suite 5
Cambridge, MA 02141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Timothy J. Haller
HALLER LAW PLLC
15036 Pratolino Way
Naples, FL 34110
(239) 593-6931
haller@haller-iplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:15-cv-02585-CEH-AEP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____                               _____
                                                     *Server's signature*

                                                     _____
                                                     *Printed name and title*


                                                     _____
                                                     *Server's address*

Additional information regarding attempted service, etc: