IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BILLINGNETWORK PATENT, INC., | Case No.: 8:15-cv-02585-CEH-AEP |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| ASP.MD, INC., | |
| Defendant. | |

### MOTION FOR GABRIEL I. OPATKEN TO APPEAR PRO HAC VICE

Timothy J. Haller and the law firm of Haller Law PLLC, as counsel for the Plaintiff, respectfully requests this Court to enter an Order permitting Gabriel I. Opatken, of the law firm of Noble IP LLC, located at 418 North Noble Street, Suite No. 4, Chicago, IL 60642, to appear *pro hac vice* as counsel for the Plaintiff in this action. In support of this motion, the movant states as follows:

1. This application is made pursuant to Local Rule 2.02 of this Court.

2. The undersigned is a member of good standing of The Florida Bar and is admitted to practice before this Court.

3. The undersigned and the law firm of Noble IP LLC represent the Plaintiff in this action.

4. Mr. Opatken is a member of good standing and has been admitted to practice in the State of Illinois and the Northern District of Illinois.

5. Mr. Opatken is familiar with the Rules of this Court, including in particular Rule 2.04, and is familiar with, and will be governed by, the code of Professional Responsibility and

other ethical limitations or requirements governing the professional behavior of members to The Florida Bar.

6. In support of this motion, the undersigned has attached hereto as Exhibit A, Mr. Opatken's Certificate of Good Standing from the United States District Court for the Northern District of Illinois.

7. The undersigned is a resident of the State of Florida and agrees that all notices and papers may be served upon the undersigned, and that the undersigned will be responsible for the progress of this case, including the trial, in default of Mr. Opatken.

WHEREFORE, the undersigned respectfully requests this Court to enter its Order admitting Mr. Opatken to practice before this Court for the limited purpose of representing the Plaintiff in this action.

Dated: March 3, 2016   Respectfully submitted,

/s/Timothy J. Haller
Timothy J. Haller – **Trial Counsel**
Florida Bar ID Number: 0018595
HALLER LAW
15036 Pratolino Way
Naples, FL 34110
Phone: (239) 593-6931
haller@haller-iplaw.com

***Attorneys for Plaintiff, Billingnetwork Patent, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 3, 2016 the foregoing:

**MOTION FOR GABRIEL I. OPATKEN TO APPEAR PRO HAC VICE**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

*Attorneys for Defendant*
*ASP.MD, Inc.*

/s/Timothy J. Haller
*Attorneys for Plaintiff, Billingnetwork Patent, Inc.*

# EXHIBIT A

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Gabriel I Opatken

*Northern District of Illinois*

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Gabriel I Opatken was duly admitted to practice in said Court on (01/03/2011) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (02/18/2016 )

Thomas G. Bruton, Clerk,

By: Jannette Nuñez
Deputy Clerk