## AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF FLORIDA

CASE NUMBER: 8:15-cv-02585-CEH-AEP

BILLINGNETWORK PATENT, INC. V. ASP, MD, INC.

Mark J. Snider, being first duly sworn on oath deposes and states that he/she is over the age of 18 and not a party to and has no interest in this matter and that he/she attempted service of the following: **Alias Summons; Complaint for Patent Infringement and Demand for Jury Trial Injunctive Relief Sought** to **ASP, MD, Inc. c/o Christopher Kreis, Registered Agent** located at **229 3rd St., Cambridge, MA 02141** resulting in:

__✓__ Authorized service to an individual of the company willing and able to accept on behalf of the subject/respondent/witness on

the _3rd_ day of _March_, 2016 at _9:45_ A.M.

Name: _Christopher Kreis_   Title: _Registered Agent_

_____ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

A description of the person with whom the documents were left is as follows:

Sex: _Male_                     Hair Color/Style: _Black_
Race: _White_                   Height (approx.): _5'8"_
Age (approx.) _45_              Weight (approx.): _175 lbs_
Notable Features/Notes: _Glasses_

Signed and Sworn to before me
This _11th_ day of _March_, 2016

_____
Notary Public

[Seal: STEPHEN A. D'AMATO, Commonwealth of Massachusetts, Notary Public, My Commission Expires 02-19-2021]

Served By:

_____
Process Server
Title

16-02546

Service was completed by an independent contractor retained by It's Your Serve, Inc.